ANNA P. PALMER, Appellant, v. WILLIAM OTTO, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

LORETTA A. JORDAN, Respondent, v. KENDRICK J. SMITH and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

SILVER CREEK SAND COMPANY, Respondent, v. ABRAHAM BAKER and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

EUFEMIA M. STANKOWSKI, Appellant, v. WILLIAM ZAWAR, JR., Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

MARGARET HOGAN, Respondent, v. GEORGE W. ELDRIDGE, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

JOHN J. HOGAN, Respondent, v. GEORGE W. ELDRIDGE, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

MICHAEL SURACE, an Infant, etc., Plaintiff, v. ELMER C. IDE, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of ABRAHAM MASON and JOSEPH MASON for the Determination of the Value of Legal Services, in Compliance with Section 475 of the Judiciary Law.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

MARY E. NEUSER, Respondent, v. JOSEPH RIZZO and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

PEGGY SMEAD, Respondent, v. JOSEPH RIZZO and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

JANE NEVISON, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.